<div align="center">

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

</div>

| | |
|---|---|
| MIDWEST HEMORRHOID TREATMENT ) <br> CENTER TOWN & COUNTRY, LLC, ) <br> individually and on behalf of all others ) <br> similarly-situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AFFORDABLE & RELIABLE ) <br> PHARMACY, LLC, et al., ) <br> ) <br> Defendants. ) | Case No. 4:19-cv-03393-RLW |

<div align="center">

**NOTICE OF SETTLEMENT**

</div>

Defendants Affordable & Reliable Pharmacy LLC, Ashton T. Stute and Amy K. Stute, with the consent of Plaintiff, hereby notify the Court that the parties have reached a settlement in principle of this matter. The parties believe the settlement will be documented and the dismissal filed within 30 days of this Notice.

DATED this 30th day of January, 2020.

<div style="margin-left: 40%;">

Respectfully submitted,

SPENCER FANE LLP

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson, #51446MO
Shilee T. Mullin, #52207MO
13520 California Street, Suite 290
Omaha, NE 68154
(402) 965-8600 (telephone)
(402) 965-8601 (facsimile)
jdickinson@spencerfane.com
smullin@spencerfane.com

</div>

OM 550751.1

>Patrick T. McLaughlin, #48633MO
>1 North Brentwood Blvd., Suite 1000
>St. Louis, MO 63105
>(314) 863-7733 (telephone)
>(314) 862-4656 (facsimile)
>pmclaughlin@spencerfane.com
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 30th day of January, 2020, with notice of case activity generated and sent electronically to all counsel of record.

>/s/ Joshua C. Dickinson

2