IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIDWEST HEMORRHOID TREATMENT CENTER TOWN & COUNTRY, LLC, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFORDABLE & RELIABLE PHARMACY, LLC, ASHTON T. STUTE, AMY K. STUTE, and JOHN DOES 1-10,<br><br>Defendants. | Cause No. 4:19-cv-03393-RLW |

**PLAINTIFF MIDWEST HEMORRHOID TREATMENT CENTER TOWN & COUNTRY, LLC'S DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE OF ITS CLAIM AGAINST DEFENDANTS AFFORDABLE & RELIABLE PHARMACY, LLC, ASHTON T. STUTE, AMY K. STUTE**

**AND**

**PLAINTIFF'S DISMISSAL OF CLAIMS WITHOUT PREJUDICE AGAINST DEFENDANT JOHN DOES 1-10**

COMES NOW Plaintiff, Midwest Hemorrhoid Treatment Center Town & Country, LLC's, with consent of Defendants Affordable & Reliable Pharmacy, LLC, Ashton T. Stute and Amy K. Stute and pursuant to Rule 41 (a) (1) (A) (ii) hereby dismisses its individual claims against Defendants Affordable & Reliable Pharmacy, LLC, Ashton T. Stute and Amy K. Stute **with prejudice**. John Does 1-10 are hereby dismissed **without prejudice**. No notice needs to be issued to the putative class under Rule 23, because there has been no finding that this action

1

can proceed as a class action, and no class has been certified herein. Each party shall bear their own costs.

**SO ORDERED:**

_/s/ Ronnie L. White_      _3/20/2020_
Judge Ronnie L. White           DATE

| | |
|---|---|
| /s/ Max G. Margulis<br>Max G. Margulis, #24325MO<br>**MARGULIS LAW GROUP**<br>28 Old Belle Monte Rd.<br>Chesterfield, MO 63017<br>P: (636) 536-7022 - Residential<br>F: (636) 536-6652 - Residential<br>E-Mail: MaxMargulis@MargulisLaw.com<br><br>*Attorney for Plaintiff* | /s/ Joshua C. Dickinson<br>Joshua C. Dickinson, #51446MO<br>Shilee T. Mullin, #52207MO<br>**SPENCER FANE, LLP**<br>13520 California Street, Suite 290<br>Omaha, NE 68154<br>P: (402) 965-8600<br>F: (402) 965-8601<br>Email: jdickinson@spencerfane.com<br>        smullin@spencerfane.com<br><br>Patrick T. McLaughlin, #48633MO<br>**SPENCER FANE, LLP**<br>1 North Brentwood Blvd., Suite 1000<br>St. Louis, MO 63105<br>P: (314) 863-7733<br>F: (314) 862-4656<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of March, 2020, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendant, Joshua C. Dickinson, #51446MO, Shilee T. Mullin, #52207MO, **SPENCER FANE, LLP,** 13520 California Street, Suite 290, Omaha, NE 68154, P: (402) 965-8600, F: (402) 965-8601, Email: jdickinson@spencerfane.com and smullin@spencerfane.com and Patrick T. McLaughlin, #48633MO, **SPENCER FANE, LLP,** 1 North Brentwood Blvd., Suite 1000, St. Louis, MO 63105, P: (314) 863-7733, F: (314) 862-4656.

                                     /s/ Max G. Margulis